418 P.2d 375

**The STATE of Arizona, Appellee,**
**v.**
**Jose Ricardo RODRIQUEZ, Appellant.**
**No. 1695.**

Supreme Court of Arizona.
In Banc.
Sept. 28, 1966.

David S. Ellsworth, County Atty., William A. Coffeen, Deputy County Atty., Yuma, for appellee.

Richards & Heilman, Yuma, for appellant.

**220**

PER CURIAM.

This cause was certified to this Court under Rule 346, Rules of Criminal Procedure, 17 A.R.S. There has recently grown up the practice of certifying to this Court questions which are merely difficult to answer. The questions presented are neither so important nor so doubtful as to require the immediate interposition of this Court. It is ordered this certification be dismissed.